1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11

12   DAVID JOHNSON,

13                  Plaintiff,                    CIV. S-02-2152-DAD

14          v.

15   JO ANNE B. BARNHART, Commissioner
     of Social Security,
16
                    Defendant.
17   _____/

18   DAVID JOHNSON,

19                  Plaintiff,

20                                               CIV. S-05-1254-PAN (JFM)

21          v.

22   JO ANNE B. BARNHART, Commissioner
     of Social Security,
23
                    Defendant.
24   _____/       NON-RELATED CASE ORDER

25

26   ////

The court has received the Notice of Related Cases concerning the above-captioned cases filed October 18, 2005, See Local Rule 83-123, E.D. Cal.  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only and shall have no effect on the status of the cases.

Dated: May 11, 2006.

UNITED STATES MAGISTRATE JUDGE